March 28, 2025

The Honorable Dulce J. Foster
United States Magistrate Judge, District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Re: *Courthouse News Service v. Shorba, et al.*
Civil Case No. 0:23-cv-2198 (D. Minn.)
<u>Joint Letter re ECF 60</u>

Dear Judge Foster:

Plaintiff Courthouse News Service ("Courthouse News") and Defendants Jeff Shorba, et. al., ("Defendants") (collectively, the "Parties") jointly submit this letter in response to the Court's order of March 20, 2025 (ECF 60). The Parties jointly state the following:

As the Parties previously reported, they have reached a settlement-in-principle and are currently in the process of finalizing the terms of the settlement. The Parties were hopeful that they would have a final, executed agreement by the end of March, but additional time is necessary. Counsel for the Parties have reached what they believe will be the final terms of their agreement, and are currently in the processing of securing final client review and approval. Due to travel schedules during the week of March 31, final approval from Defendants likely will not occur until the week of April 7. The Parties currently anticipate they will be in position to finalize the settlement, and file the appropriate document(s) with the Court, by April 11.

The Parties respectfully request that the Court maintain the stay of discovery and allow the Parties until April 11, 2025, to provide a further update on the status of the settlement and/or file the appropriate document(s) as referenced above.

Respectfully submitted,

| | |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP | KEITH ELLISON<br>Attorney General, State of Minnesota |
| /s/ Jonathan G. Fetterly<br>JONATHAN G. FETTERLY | /s/ Joseph Weiner<br>JOSEPH WEINER |
| Jonathan G. Fetterly (CA #228612)*<br>Katherine Keating (CA #217908)*<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel.: (415) 675-3400<br>Fax. (415) 675-3434<br>jon.fetterly@bclplaw.com<br>katherine.keating@bclplaw.com<br>*admitted pro hac vice | Assistant Attorney General<br>Atty. Reg. No. 0389181<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1463 (Voice)<br>(651) 297-1235 (Fax)<br>joseph.weiner@ag.state.mn.us<br><br>ATTORNEYS FOR DEFENDANTS |

Joint Letter (ECF 60)
Civil Case No. 0:23-cv-2198
March 28, 2025
Page 2

Herbert R. Giorgio, Jr. (MO #58524)*
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel.: (314) 259-2000
Fax. (314) 259-2020
herb.giorgio@bclplaw.com
*admitted pro hac vice*

SETH LEVENTHAL
Atty Reg. No. 0263357
4406 W. 42nd St.
Edina, MN 55416
Tel.: (612) 234-7349
Fax. (612) 437-4980
seth@leventhalpllc.com

ATTORNEYS FOR PLAINTIFF