**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Courthouse News Service,

Plaintiff,

v.

Jeff Shorba, et al.,

Defendants.

Court File No. 23-cv-02198 (DWF-DJF)

**JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE SCHEDULING ORDER DATES**

## NOTICE OF SETTLEMENT

Plaintiff Courthouse News Service ("Courthouse News") and Defendants Jeff Shorba, in his official capacity as Minnesota State Court Administrator, Sara Gonsalves, in her official capacity as the District Administrator for the Fourth Judicial District, and Heather Kendall, in her official capacity as District Administrator for the Second Judicial District ("Defendants") (collectively, the "Parties"), hereby notify the Court that the Parties have reached a settlement under which dismissal of this case is conditioned upon Defendants' development and implementation of an online solution ("Solution") that will provide registered users with on-receipt access to newly submitted non-confidential civil complaints filed with all Minnesota district courts upon their receipt by the Minnesota courts e-filing system.

Pursuant to the terms of the Parties' agreement, the Solution shall be implemented by December 31, 2025. Further, Courthouse News will file a joint motion for dismissal with prejudice of this action in its entirety within 10 days of receiving notice from

Defendants that the Solution is operational. Accordingly, the Parties anticipate filing the joint motion for dismissal no later than January 10, 2026.

To allow for completion of the settlement terms, the Parties respectfully request that the Court vacate all case deadlines, including the dates for discovery cut-off, dispositive motion filing cut-off, and trial. The Parties further request that the Court issue an order requiring the Parties to file either a joint motion for dismissal by January 10, 2026, or alternatively, if the action cannot be dismissed at that time, a status report advising the Court as to the status of the settlement and dismissal.

Dated: March 28, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jonathan G. Fetterly*
Herbert R. Giorgio, Jr. (MO #58524)*
Jonathan G. Fetterly (CA #228612)*
Katherine Keating (CA #217908)*
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel. (314) 259-2000
Fax (314) 259-2020
herb.giorgio@bclplaw.com
jon.fetterly@bclplaw.com
katherine.keating@bclplaw.com
**admitted pro hac vice*

ATTORNEYS FOR PLAINTIFF

KEITH ELLISON
Attorney General
State of Minnesota

*/s/ Joseph Weiner*
JOSEPH WEINER
Assistant Attorney General
Atty. Reg. No. 0389181

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1463 (Voice)
(651) 297-1235 (Fax)
joseph.weiner@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS