January 7, 2026

The Honorable Dulce J. Foster
United States Magistrate Judge, District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Re:   *Courthouse News Service v. Shorba, et al.*
      Civil Case No. 0:23-cv-2198 (D. Minn.)
      <u>Joint Letter re Status of Settlement (ECF 64)</u>

Dear Judge Foster:

Plaintiff Courthouse News Service ("Courthouse News") and Defendants Jeff Shorba, et al., ("Defendants") (collectively, the "Parties") jointly submit this letter in response to the Court's April 14, 2025 order ("Order") requiring the Parties to either file a joint motion for dismissal, or alternatively, a joint letter updating the Court on the status of the settlement, by January 10, 2026. (ECF 64). For the reasons addressed below, the Parties submit this joint letter because the action is not yet ready for dismissal.

The Court entered the Order in response to the Parties' Joint Notice of Settlement and Motion to Vacate Schedule Dates ("Motion") filed on April 11, 2025. (ECF 63). As explained in the Motion, the Parties reached a settlement under which dismissal of the case is conditioned upon Defendants' development and implementation of an online solution ("Solution") that will provide registered users with on-receipt access to newly submitted non-confidential civil complaints filed with all Minnesota district courts upon their receipt by the Minnesota courts e-filing system. Pursuant to the terms of the Parties' agreement, the Solution was to be implemented and operational by December 31, 2025.

The Solution is not yet operational. However, the Parties are actively communicating and working in good faith to resolve the issues that are currently standing in the way of the Solution's implementation. The Parties have agreed to extend the implementation deadline to January 16, 2026.

The Parties' agreement requires Courthouse News to file a joint motion for dismissal with prejudice within 10 days of receiving notice from Defendants that the Solution is operational. Assuming the Solution is operational by January 16, 2026, the Parties anticipate filing a joint motion for dismissal no later than January 26, 2026.

Accordingly, the Parties request that the Court issue an order extending the deadline to file a joint motion for dismissal, or alternatively, a joint letter further advising the Court as to the status of settlement, from January 10, 2026, to January 26, 2026.

If the Court requires additional information regarding the status of the settlement and/or the status of implementation of the Solution, then the Parties request a telephonic status conference so they may answer any questions the Court may have.

Joint Letter
Civil Case No. 0:23-cv-2198
January 7, 2026
Page 2

Respectfully submitted,

| | |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP | KEITH ELLISON<br>Attorney General, State of Minnesota |
| /s/ Jonathan G. Fetterly<br>JONATHAN G. FETTERLY | /s/ Joseph Weiner<br>JOSEPH WEINER |
| Jonathan G. Fetterly (CA #228612)*<br>Katherine Keating (CA #217908)*<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel.: (415) 675-3400<br>Fax. (415) 675-3434<br>jon.fetterly@bclplaw.com<br>katherine.keating@bclplaw.com<br>*admitted pro hac vice | Assistant Attorney General<br>Atty. Reg. No. 0389181<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1463 (Voice)<br>(651) 297-1235 (Fax)<br>joseph.weiner@ag.state.mn.us<br><br>ATTORNEYS FOR DEFENDANTS |

Herbert R. Giorgio, Jr. (MO #58524)*
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel.: (314) 259-2000
Fax. (314) 259-2020
herb.giorgio@bclplaw.com
*admitted pro hac vice*

SETH LEVENTHAL
Atty Reg. No. 0263357
4406 W. 42nd St.
Edina, MN 55416
Tel.: (612) 234-7349
Fax. (612) 437-4980
seth@leventhalpllc.com

ATTORNEYS FOR PLAINTIFF