January 22, 2026

The Honorable Dulce J. Foster
United States Magistrate Judge, District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Re:   *Courthouse News Service v. Shorba, et al.*
      Civil Case No. 0:23-cv-2198 (D. Minn.)
      <u>Joint Letter re Status of Settlement (ECF 64)</u>

Dear Judge Foster:

Plaintiff Courthouse News Service ("Courthouse News") and Defendants Jeff Shorba, et al., ("Defendants") (collectively, the "Parties") jointly submit this letter in response to the Court's January 8, 2026 order ("Order") requiring the Parties to either file a joint motion for dismissal, or alternatively, a joint letter updating the Court on the status of the settlement, by January 26, 2026. (ECF 64). For the reasons addressed below, the Parties submit this joint letter because the action is not yet ready for dismissal, and they request a conference with the Court.

As explained in prior filings (ECF 63, 65), the Parties reached a settlement under which dismissal of the case is conditioned upon Defendants' development and implementation of an online solution ("Solution") that will provide registered users with access to certain enumerated categories of new civil complaints submitted for filing with all Minnesota district courts upon their receipt by the Minnesota courts e-filing system.

Although the Parties have been actively communicating and working in good faith to resolve issues that are currently standing in the way of the Solution's implementation (ECF 65), they have not been able to resolve them. The Parties agree a conference with the Court is appropriate at this time.

Accordingly, the Parties request that the Court schedule a telephonic or videoconference status conference. It may also be helpful to engage in facilitated settlement discussions with the Court to help the parties resolve this issue.

Respectfully submitted,

[*signatures on following page*]

Joint Letter
Civil Case No. 0:23-cv-2198
January 22, 2026
Page 2

| BRYAN CAVE LEIGHTON PAISNER LLP | KEITH ELLISON<br>Attorney General, State of Minnesota |
|---|---|

/s/ Jonathan G. Fetterly
JONATHAN G. FETTERLY

Jonathan G. Fetterly (CA #228612)*
Katherine Keating (CA #217908)*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel.: (415) 675-3400
Fax. (415) 675-3434
jon.fetterly@bclplaw.com
katherine.keating@bclplaw.com
*admitted pro hac vice

Herbert R. Giorgio, Jr. (MO #58524)*
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel.: (314) 259-2000
Fax. (314) 259-2020
herb.giorgio@bclplaw.com
*admitted pro hac vice*

ATTORNEYS FOR PLAINTIFF

/s/ Joseph Weiner
JOSEPH WEINER

Assistant Attorney General
Atty. Reg. No. 0389181
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1463 (Voice)
(651) 297-1235 (Fax)
joseph.weiner@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS