April 16, 2026


The Honorable Dulce J. Foster
United States Magistrate Judge, District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Re:    *Courthouse News Service v. Shorba, et al.*; Case No. 0:23-cv-2198 (D. Minn.)

Dear Judge Foster:

Plaintiff Courthouse News Service ("Courthouse News") and Defendants Jeff Shorba, *et. al.*, ("Defendants") (collectively, the "Parties") jointly submit this letter in response to the Court's order of March 18, 2026 (Dkt. 76). The Parties jointly state the following:

Immediately following the settlement conference on March 17, 2026, Courthouse News prepared a written document reflecting the terms on which the Parties had reached agreement. The Parties met by videoconference on March 20 to discuss those terms and, in particular, a term that was contingent on Defendants' ability to make technological changes to the new public access system created as part of the settlement. Defendants have been working diligently to address that issue.

On April 13, 2026, the parties met again to discuss the status of the technological issue and the anticipated timeline for dismissing this action. The Parties believe that the technological issue has been resolved. They also agree that an additional 45 days will be required to fully implement the solution, finalize the new settlement terms, and allow Courthouse News an opportunity to test the new access system prior to dismissing the lawsuit.

The Parties respectfully request that the Court maintain the stay of discovery and allow the Parties an additional 45 days to file a stipulation for dismissal. If the parties are unable to file a stipulation for dismissal by that time they will instead provide a further update on the status of the settlement.

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

KEITH ELLISON
Attorney General, State of Minnesota


/s/ Jonathan G. Fetterly
JONATHAN G. FETTERLY

/s/ Joseph Weiner
JOSEPH WEINER

Jonathan G. Fetterly (CA #228612)*
Katherine Keating (CA #217908)*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel.: (415) 675-3400
Fax. (415) 675-3434
jon.fetterly@bclplaw.com
katherine.keating@bclplaw.com
*admitted pro hac vice

Assistant Attorney General
Atty. Reg. No. 0389181
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1463 (Voice)
(651) 297-1235 (Fax)
joseph.weiner@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

Joint Letter
Civil Case No. 0:23-cv-2198
April 16, 2026
Page 2


Brendan V. Johnson
Robins Kaplan
800 LaSalle Aven, Ste. 2800
Minneapolis, MN 55402
Tel.: (612) 349-8500
Fax: (612) 339-4181
BJohnson@RobinsKaplan.com


ATTORNEYS FOR PLAINTIFF