## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Courthouse News Service,                              Court File No. 23-cv-02198 (DWF-DJF)

        Plaintiff,

    v.

Jeff Shorba, et al.,

        Defendants.

## JOINT STIPULATION OF DISMISSAL

Plaintiff Courthouse News Service and Defendants Jeff Shorba, in his official capacity as Minnesota State Court Administrator, Sara Gonsalves, in her official capacity as the District Administrator for the Fourth Judicial District, and Heather Kendall, in her official capacity as District Administrator for the Second Judicial District ("Defendants"), by and through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own attorney's fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(ii).

Dated: June 1, 2026                              Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP          KEITH ELLISON
/s/ Jonathan G. Fetterly                  Attorney General
Jonathan G. Fetterly (CA #228612)*        State of Minnesota
Katherine Keating (CA #217908)*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111                   /s/ Joseph Weiner
Tel. (314) 259-2000                       JOSEPH WEINER
jon.fetterly@bclplaw.com                  Assistant Attorney General
katherine.keating@bclplaw.com             Atty. Reg. No. 0389181
*admitted pro hac vice*                   445 Minnesota Street, Suite 1400
                                          St. Paul, Minnesota 55101-2131
                                          (651) 757-1463 (Voice)
ROBINS KAPLAN LLP                         (651) 297-1235 (Fax)
Brendan V. Johnson (MN # 0397902)         joseph.weiner@ag.state.mn.us
800 LaSalle Ave., STE 2800
Minneapolis, MN 55402                     ATTORNEYS FOR DEFENDANTS
Tel: (612) 349.8500
BJohnson@RobinsKaplan.com

ATTORNEYS FOR PLAINTIFF

1