**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Courthouse News Service,

Plaintiff,

v.

Jeff Shorba, *in his official capacity as Minnesota State Court Administrator;* Heather Kendall, *in her official capacity as the Judicial District Administrator for the Second Judicial District*; and Sara Gonsalves, *in her official capacity as the Judicial District Administrator for the Fourth Judicial District*,

Defendant.

Civil No. 23-2198 (DWF/DJF)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Joint Stipulation for Dismissal filed by the parties on June 1, 2026, (Doc. No. [79]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear its own attorneys' fees and costs.

Dated: June 2, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge